In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

### NO. 09-11-00282-CV

## Elexis White
### v.
## Audrey Nelda Davenport

**Appealed from the 9th District Court**
**Montgomery County, Texas**
**Cause No. 08-10-09958 CV**

## ORDER OF REFERRAL TO MEDIATION

Pursuant to TEX.CIV.PRAC.& REM.CODE ANN § 154.021(a) (Vernon 1997), on this day this court has determined that the above-entitled and numbered cause is appropriate for referral to an alternative dispute resolution process. Accordingly, it is ORDERED that Senior District Judge John Delaney is appointed mediator in the above case. The parties are directed to contact the mediator to arrange the logistics of the mediation, which shall be conducted before December 7, 2012.

It is further ORDERED that fees for the mediation are to be agreed upon by the parties and the mediator, and divided and borne equally by the parties unless agreed otherwise. Fees shall be paid by the parties directly to the mediator, and shall be taxed as costs upon approval.

It is further ORDERED that all parties to this cause, or in their stead, a representative with full settlement authority, shall attend the mediation with their counsel or record.

It is further ORDERED that this referral will not delay or modify any time period relating to current deadlines of the above-entitled cause, unless expressly ordered by subsequent action of this court.

As provided by TEX.CIV.PRAC.& REM.CODE ANN § 154.053 (Vernon Supp. 2001), the mediator designated to facilitate this procedure will encourage and assist but will not compel or coerce, the parties in reaching a settlement of the dispute. After mediation, the court will be advised by the mediator only (1) that the case did or did not settle, and (2) that mediation fees were paid in specified amounts as agreed. Unless the parties otherwise agree, all matters, including the conduct and demeanor of the parties and their counsel during the procedure, shall remain confidential to the extent authorized by TEX.CIV.PRAC.& REM.CODE ANN § 154.053 and 154.073 (Vernon Supp. 2001).

Pursuant to TEX.CIV.PRAC.& REM.CODE ANN § 154.001 (Vernon 1997), the parties may file a written objection to this Order of Referral within ten (10) days of this date.

It is so ORDERED.

Ordered entered November 15, 2012.

PER CURIAM